IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY WEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RCS REO I, LLC; RESIDENTIAL CREDIT SOLUTIONS, INC.; NATIONAL DEFAULT SERVICING CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., and DOES 1-100,<br><br>　　　　Defendant.<br>_____ | 2:11-cv-00364-GEB-KJN<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

　　　　Since the "Stipulation to Continue the FRCP 16(b) Status Conference" filed on May 31, 2011 reveals this case is not ready to be scheduled, the Status (Pretrial Scheduling) Conference scheduled for hearing on June 13, 2011 is continued to August 29, 2011 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

　　　　Further, Plaintiff is notified under Federal Rule of Civil Procedure ("Rule") 4(m) that Defendant National Default Servicing Corporation may be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the

1  failure" to serve this defendant within Rule 4(m)'s 120 day period
2  prescribed in a filing due no later than 4:00 p.m. on June 15, 2011.
3       IT IS SO ORDERED.
4  Dated: June 8, 2011

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge