IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY WEST, | ) | |
| | ) | 2:11-cv-00364-GEB-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| RCS REO I, LLC; RESIDENTIAL | ) | |
| CREDIT SOLUTIONS, INC.; NATIONAL | ) | |
| DEFAULT SERVICING CORPORATION, | ) | |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEM INC., and DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff was required to respond to an Order filed June 9, 2011, by either filing proof that Defendant National Default Servicing Corporation was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 24.) This filing was due no later than 4:00 p.m. on June 15, 2011. Id. The June 9, 2011 Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendant National Default Servicing Corporation being dismissed from this action.

///

///

1

1    Plaintiff failed to respond to the June 9, 2011 Order by this

2  deadline. Therefore, Defendant National Default Servicing Corporation is

3  dismissed from this action without prejudice.

4    IT IS SO ORDERED.

5  Dated:  July 22, 2011

6

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28