WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq SBN 167280
rfinlay@wrightlegal.net
Todd E Chvat, Esq., SBN 238282
tchvat@wrightlegal.net
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

Attorneys for Defendants,
RCS REO I, LLC; RESIDENTIAL CREDIT SOLUTIONS, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC.)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY WEST;<br><br>    Plaintiff,<br><br>vs.<br><br>RCS REO I, LLC; RESIDENTIAL CREDIT SOLUTIONS, INC.; NATIONAL DEFAULT SERVICING CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., and DOES 1-100,<br><br>    Defendants.<br>_____ | Case No.: 2:11-cv-00364 GEB (CKD)<br><br>**[PROPOSED] ORDER RE: STIPULATION TO FURTHER CONTINUE FRCP 16(b) STATUS CONFERENCE**<br><br>Date: October 31, 2011<br>Time: 9:00 a.m.<br>Courtroom: 10 |

The Court, having considered the Stipulation of the Parties, and all other matters presented to the Court, and good cause appearing therefore, IT IS HEREBY ORDERED that:

-1-

1. The FRCP Rule 16(b) Scheduling Conference previously scheduled for October 31, 2011 at 9:00 a.m. in Courtroom 10 is hereby continued until <u>January 30, 2012 at 9:00 a.m.</u> in Courtroom 10. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED**

**Dated: October 20, 2011**

```
GARLAND E. BURRELL, JR.
United States District Judge
```

[PROPOSED] ORDER RE: STIPULATION TO FURTHER CONTINUE
FRCP 16(b) STATUS CONFERENCE